People v Olivarez (2026 NY Slip Op 01229)

People v Olivarez

2026 NY Slip Op 01229

Decided on March 4, 2026

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 4, 2026
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

BETSY BARROS, J.P.
CHERYL E. CHAMBERS
DEBORAH A. DOWLING
CARL J. LANDICINO
PHILLIP HOM, JJ.

2019-09025
 (Ind. No. 853/18)

[*1]The People of the State of New York, respondent,
vAntonio Olivarez, appellant.

John R. Lewis, Sleepy Hollow, NY, for appellant.
Jeffrey W. Gasbarro, Special District Attorney, Ossining, NY, for respondent.

DECISION & ORDER
Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Westchester County (Susan Cacace, J.), imposed July 9, 2019, upon his plea of guilty, on the ground that the sentence was excessive.
ORDERED that the sentence is affirmed.
The sentence imposed was not excessive (see People v Suitte , 90 AD2d 80).
BARROS, J.P., CHAMBERS, DOWLING, LANDICINO and HOM, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court